U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

FEB 04 2026

JENNIFER P. LYONS, CLERK
BY_____
DEPUTY CLERK

# Indictment Synopsis

| | |
|---|---|
| **Name:** | Afonso Pedro Tussevo-Regina |
| **Address:** (City & State Only) | Lewiston, Maine |
| **Year of Birth and Age:** | 1991/35 years old |
| **Violations:** | Count 1: Possession of Child Pornography |
| **Penalties:** | **Count 1**: If any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, not more than 20 years imprisonment, a fine of not more than $250,000, or a fine and prison; if the offense did not involve a prepubescent minor or a minor who had not attained the age of 12, not more than 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 2252A(b)(2).<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | **Count 1**: At least five years, maximum of life. 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1**: Not more than two years. 18 U.S.C. § 3583(e)(3).<br><br>However, if, on any count, defendant is required to register under the Sex Offender Registration and Notification Act and commits any criminal offense under Chapter 109A, 110, or 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. *See* 18 U.S.C. § 3583(k). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1**: Up to life, less any term of imprisonment imposed up revocation. 18 U.S.C. § 3583(h). |

| | |
|---|---|
| **Defendant's Attorney:** | Roger Brunelle, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | Joshua King, Task Force Officer (TFO) for Homeland Security Investigations (HSI) with the Department of Homeland Security (DHS) |
| **Detention Status:** | Arrested on probable cause on December 12, 2025; Detained on 2:25-mj-00423-KFW |
| **Foreign National:** | Yes. |
| **Foreign Consular Notification Provided:** | Yes. |
| **County:** | Androscoggin |
| **AUSA:** | Anne Yereniuk |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | **Count 1**: $100 per count. See 18 U.S.C. § 3013(a)(2)(A).<br><br>In addition, not more than $17,000. See 18 U.S.C. § 2259A(a)(1).<br><br>$5,000 if the defendant is found to be non-indigent. See 18 U.S.C. § 3014(a). |